IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:03CR503 |
| v. | ) | |
| JEREMAIN TAYLOR, | ) | ORDER |
| Defendant. | ) | |

On September 6, 2012, the defendant appeared for a final disposition hearing on the Petition for Warrant for Offender Under Supervision (Filing No. 89). Defendant was present and represented by Richard McWilliams, Assistant Federal Defender. Plaintiff was represented by John E. Higgins, Assistant United States Attorney.

Defendant admitted allegation number 4 contained in the Petition, and the Court found the defendant to be in violation of the conditions of his supervised release. Plaintiff moved to dismiss the remaining allegations, and the Court granted that motion.

After hearing arguments of counsel and allocution by the defendant, the Court then proceeded to sentencing.

IT IS ORDERED:

1. Defendant's supervised release is hereby revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a term of 13 months.

2. Upon completion of the defendant's incarceration, he shall not be required to serve any further term of supervised release.

DATED this 6th day of September, 2012.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 201__.

                                                                       _____
                                                                        Signature of Defendant

_____

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__ to _____, with a certified copy of this judgment.

                                                                      _____
_____   UNITED STATES WARDEN

                                                                      By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

                                                                      _____
_____   UNITED STATES WARDEN

                                                                      By: _____